**SHELLEY G. BRYANT - #222925**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile
Email: shelley@bwlaw.com

Attorneys for Plaintiff, ELENA AVILA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA AVILA, | Case No. 1:22-CV-01099-ADA-SKO |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| vs. | |
| ARBOR LODGING PARTNERS, LLC, an Illinois limited liability company, and Does 1 through 20, inclusive, | **(Doc. 9)** |
| Defendants. | |
| | Complaint Filed: July 27, 2022 |

**TO THE HONORABLE COURT:**

Plaintiff, ELENA AVILA, ("Plaintiff") and Defendants, ARBOR LODGING PARTNERS, LLC, ("Defendants") (together, the "Parties"), hereby enter into this Stipulation to continue the Scheduling Conference currently scheduled for January 12, 2023, at 9:45 a.m.  The Parties believe good cause exists to continue the Mandatory Scheduling Conference based on the following:

1. Counsel for the Plaintiff will be traveling via airplane during this time.

/ / /

Based on the foregoing, the Parties respectfully request that the Court continue the Mandatory Scheduling Conference to February 28, 2023, or to a date thereafter convenient for the Court.

**IT IS SO STIPULATED.**

Respectfully submitted.

Dated: December 19, 2022          BRYANT WHITTEN, LLP


                                  /s/
                                  _____
                                  SHELLEY G. BRYANT, Attorney for Plaintiff
                                  ELENA AVILA


Dated: December 19, 2022          GORDON REES SCULLY MANSUKHANI


                                  /s/
                                  _____
                                  MATTHEW J. WAYNE, Attorney for Defendant
                                  ARBOR LODGING PARTNERS, LLC

**ORDER**

Having reviewed the foregoing Stipulation entered into by and between Plaintiff, ELENA AVILA, ("Plaintiff") and Defendant ARBOR LODGING PARTNERS, LLC, ("Defendant"), and for good cause shown, the Mandatory Scheduling Conference is hereby **CONTINUED to March 2, 2023, at 9:45 a.m.** before Magistrate Judge Sheila K. Oberto.  The parties SHALL file a Joint Status Conference Statement by no later than February 23, 2023.

IT IS SO ORDERED.

Dated:   **December 19, 2022**                  /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE