SHELLEY G. BRYANT (SBN: 222925)
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
Email: shelley@bwlaw.com

Attorney for Plaintiff
ELENA AVILA

LINDA M. MORONEY (SBN: 172668)
lmoroney@grsm.com
NICHOLAS A. DEMING (SBN: 287917)
ndeming@grsm.com
ALEXANDRA M. ROMERO (SBN: 335570)
aromero@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-4242
Facsimile:   (415) 986-8054

*Attorneys for Defendant*
ARBOR LODGING PARTNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA AVILA, <br><br> Plaintiff, <br><br> vs. <br><br> ARBOR LODGING PARTNERS, LLC, a Illinois limited liability company, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.  1:22-cv-01099-SKO <br><br> **JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** <br><br> **(Doc. 23)** <br><br> Judge: Hon. Sheila K. Oberto <br> Courtroom: 7 |

-1-
JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

TO THE COURT:

Plaintiff ELENA AVILA ("Plaintiff") and Defendant ARBOR LODGING PARTNERS, LLC ("Defendant") (collectively referred to as "Parties"), hereby submit the following Stipulation to Modify the Scheduling Order in this matter. The parties submit that good cause exists for the proposed modifications for the following reasons:

WHEREAS, on March 3, 2023, the Court issued a Scheduling Order in this matter; the fact discovery cut-off in this matter was December 1, 2023, the expert discovery cut-off is April 5, 2024, the pretrial conference is December 9, 2024, and trial is set for February 11, 2025;

WHEREAS, the Parties have engaged in initial written discovery, including the exchange of Initial Disclosures, but the Parties require additional time to complete fact discovery, including written discovery and depositions, prior to trial;

WHEREAS, Plaintiff has requested to take at least 6 depositions of percipient witnesses, and Defendant intends to take the deposition of Plaintiff, which might require more than one day of deposition;

WHEREAS, the Parties have engaged in ongoing meet and confer conversations regarding Plaintiff's proposed depositions, which may require motion practice;

WHEREAS, the Parties have also engaged in meet and confer conversations regarding Defendant's request for leave to file an amended Answer, which will also require anticipated motion practice and may impact fact discovery;

WHEREAS, on November 1, 2023, Plaintiff filed a Motion to Modify the Scheduling Order;

WHEREAS, on December 6, 2023, the Court granted Plaintiff's Motion to Modify the Scheduling Order. In its Order, the Court ordered the parties to meet and confer and agree upon a date upon which non-expert discovery will be completed and file a stipulation no later than December 22, 2023;

1  WHEREAS, given the anticipated discovery and motion practice set forth above, the Parties believe the requested continuance is required in order to complete necessary fact discovery in preparation for trial.

WHEREAS, in light of the above and having met and conferred, the Parties request that the deadline to complete all non-expert discovery, including motions to compel any non-expert discovery, be continued to July 12, 2024.

NOW THEREFORE, the Parties hereby stipulate to, and request that the Scheduling Order entered on March 3, 2023, be modified as follows:

- The deadline to complete all non-expert discovery, including motions to compel any non-expert discovery, is continued from December 1, 2023 to July 12, 2024.

Dated:  December 14, 2023        BRYANT WHITTEN LLP

                                 By:  */s/ Shelley Bryant*
                                      Shelley Bryant
                                      Attorney for Plaintiff
                                      ELENA AVILA

Dated:  December 14, 2023        GORDON REES SCULLY MANSUKHANI, LLP

                                 By:  */s/ Nicholas A. Deming*
                                      LINDA M. MORONEY
                                      NICHOLAS A. DEMING
                                      ALEXANDRA ROMERO
                                      Attorneys for Defendant
                                      ARBOR LODGING PARTNERS, LLC

-3-
JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

# ORDER

Pursuant to the parties' foregoing stipulation, and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the deadline to complete all non-expert discovery, including motions to compel any non-expert discovery, is CONTINUED **July 12, 2024**.

The Scheduling Order (Doc. 14) is further MODIFIED as follows:

- The parties are directed to disclose all expert witnesses, in writing, on or before **September 12, 2024**, and to disclose all rebuttal experts on or before **October 11, 2024**;
- The parties are ordered to complete all expert discovery, including motions to compel any expert discovery, on or before **November 8, 2024**;
- All non-dispositive pretrial motions (except motions to compel, addressed above), shall be filed by **December 4, 2024**, and heard on or before **January 8, 2025**;
- All dispositive pretrial motions shall be filed no later than **January 15, 2025**, and heard no later than **February 19, 2025**;
- The Pretrial Conference is set for **July 28, 2025**, at 1:30 p.m. in Courtroom 1; and
- Trial is set for **September 30, 2025**, at 8:30 a.m. in Courtroom 1.

IT IS SO ORDERED.

Dated:   **December 18, 2023**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-4-
JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER