# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA AVILA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARBOR LODGING PARTNERS, LLC, an Illinois limited liability company, and Does 1 through 20, inclusive,<br><br>    Defendant. | Case No. 1:22-CV-01099-KES-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE THE CASE**<br><br>(Doc. 37) |

On May 29, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 37). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**May 31, 2024**__            */s/ Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE